<pre>
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
HEATHER M. MELTON, CSBN 260870
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone: (415) 977-8940
        Facsimile:  (415) 744-0134
        E-Mail: heather.melton@ssa.gov
</pre>

JS - 6

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT A. BRESS,  )<br>  )<br>        Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>  )<br>        Defendant.  )<br>_____ ) | Case No. 2:09-07547-OP<br><br>JUDGMENT OF<br>REMAND |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of U.S.C. § 405(g) for further proceedings consistent with that stipulation and entry for judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 7/28/10

_____
HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE