Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Robert A. Bress

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

ROBERT A. BRESS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant

Case No.: CV 09-07547 OP

ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that the Commissioner shall pay to Law Offices of Lawrence D. Rohlfing, as Plaintiff's assignee, the amount of $2,480.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   8/5/10

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ 𝕷𝖆𝖜𝖗𝖊𝖓𝖈𝖊 𝕯. 𝕽𝖔𝖍𝖑𝖋𝖎𝖓𝖌
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Robert A. Bress

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26